UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
NOV 10 2022
CLERK'S OFFICE
U.S. DISTRICT COURT

United States of America,

                Plaintiff,                Criminal No. 22-cr-20519

v.

                                   Honorable Paul D. Borman

D-4 Maijah Greene,

                Defendant.
_____/

## Defendant's Acknowledgment of Indictment

      I, Maijah Greene, defendant in the above-entitled cause, hereby acknowledge that I have received a copy of the Indictment in this cause prior to pleading to it, and I have read it and understand its contents.

      I know that if I am convicted or plead guilty, I may be sentenced as follows:

**Count One: Kidnapping (conspiracy):** Up to life imprisonment; not more than 5 years of supervised release; and a $250,000 fine.

**Count Two: Kidnapping (aiding and abetting):** Up to life imprisonment; not more than 5 years of supervised release; and a $250,000 fine.

X /s/ Maijah Greene
Maijah Greene
Defendant

Date: November 9, 2022

<u>Acknowledgment of Defense Counsel</u>

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection, which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

*Randall C. Roberts*
Counsel for Defendant

Dated: November 9, 2022